FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 11 2006

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS
WESTERN DIVISION

**UNIFUND CCR PARTNERS**  PLAINTIFF

vs.  CASE NO. 4-06-CV-0091 WRW

**EDMOND JOE PEAK, III**  DEFENDANT

vs.

**HOSTO & BUCHAN, PLLC and
NCO FINANCIAL SYSTEMS, INC.**  THIRD-PARTY DEFENDANTS

## MOTION FOR WITHDRAWAL OF ATTORNEY

COMES now Sanford Law Firm, PLLC, and for its Motion for Withdrawal of Attorney, does hereby state:

1. Attorney Josh Sanford is a licensed attorney in good standing with the Arkansas Supreme Court; he is licensed to practice before the United States District Courts of this State.

2. Mr. Sanford and his office, Sanford Law Firm, PLLC, were engaged by Edmond Joe Peak, III, to represent him in this case.

3. Mr. Sanford has thus far faithfully discharged the duties attendant thereto.

4. There has been a breakdown in the professional relationship in that Mr. Peak has terminated communication with Mr. Sanford and there is no cooperation whatsoever; and Mr. Sanford should therefor be discharged.

5. Attorney Josh Sanford has no money that belongs to Mr. Peak.

6.   Attorney Josh Sanford stands ready to or has delivered his file to Mr. Peak.

7.   Mr. Peak has adequate time to employ other counsel as no trial is currently set in this matter.

WHEREFORE, premises considered, Sanford Law Firm, PLLC, requests an order granting permission to withdraw as attorney of record for Edmond Joe Peak, III; and for all other proper relief to which it may be entitled whether specifically prayed for or not.

Respectfully submitted,

**SANFORD LAW FIRM, PLLC**
303 WEST MAIN STREET
POST OFFICE BOX 39
RUSSELLVILLE, AR 72811
PHONE: (479) 880-0088

BY: _____
Josh Sanford
Ark. Bar No. 2001037

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on August 10, 2006, a true and correct copy of the foregoing MOTION was served via regular first class mail, postage pre-paid, on the following attorneys of record:

Mr. Joel Boyd
Hosto & Buchan, PLLC
Post Office Box 3397
Little Rock, Arkansas 72203

Mr. Edmond Joe Peak, III
6101 SR 105 South
Atkins, Arkansas 72823

Mr. Keith McPherson
Laser Law Firm
101 South Spring Street, Suite 300
Little Rock, Arkansas 72201-2488

Mr. David Israel
Sessions, Fishman & Nathan LLP
3850 North Causeway Blvd, Suite 1420
Metarie, Louisiana 70002

_____
Josh Sanford